AT PART 2 OF THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK, AT THE COURTHOUSE LOCATED AT 60 CENTRE STREET, NEW YORK, NY ON THE 11 DAY OF JANUARY, 2017.

PRESENT: HON. KATHRYN FREED
JUSTICE OF SUPREME COURT

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

-----------------------------------------------------------X

NEW YORK DIALYSIS SERVICES, INC.,

        Petitioner,

-against-

NEW YORK STATE NURSES ASSOCIATION,

        Respondent.

-----------------------------------------------------------X

Index No. 650170-2017

**ORDER TO SHOW CAUSE TO STAY ARBITRATION**

Upon the annexed Affidavits of Courtney Gordon and Eve I. Klein and the exhibits annexed thereto, and the Petition and Memorandum of Law, and upon due deliberation and sufficient cause being alleged therefor it is,

**ORDERED** that Respondent New York State Nurses Association ("NYSNA") show cause before this Court at _____ [PT2 80 centre St Rm 280] to be held at the Courthouse on January 30, 2017 at 2:30 a.m./p.m. why an order should not be made permanently staying the arbitration requested by NYSNA on December 21, 2016 on the ground that Petitioner New York Dialysis Services, Inc. ("NYDS") is not a party to a valid agreement to arbitrate with NYSNA because the collective bargaining agreement between NYDS and NYSNA is expired and on the ground that

- 2 -

the issue NYSNA seeks to arbitrate is already before the National Labor Relations Board ("NLRB") pursuant to unfair labor practice charges filed by NYSNA and NYDS, and the NLRB has superior jurisdiction over the dispute that is the subject of the NYSNA Demand for Arbitration; and it is further

**ORDERED** that, Respondent shall serve their answering affidavits at least __7__ days before the hearing, and Petitioner shall be entitled to serve a reply or responding affidavits at least __2__ days before the hearing. A Courtesy copy of any paper served must be provided to the court within the same time period. **SUFFICIENT REASON** being alleged, let overnight mail service be made upon Respondent New York State Nurses Association by __JAN 16 2017__.

ENTER:

_[signature]_

DM2\7429450.1